*AUSA TKD*

FILED

JUL 0 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   '08 MJ 8589

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate's Case No.: |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) Title 21, U.S.C., § 841(a)(1) Possession with Intent to |
| Fernando RODRIGUEZ-Mendoza | ) Distribute (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about June 29, 2008, within the Southern District of California, defendant Fernando RODRIGUEZ-Mendoza did knowingly and intentionally possess, with intent to distribute approximately 85.32 kilograms (188.10 pounds) of marijuana, Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
CRAIG MOORE
Task Force Officer
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1ST DAY OF JULY, 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
                v.
Fernando RODRIGUEZ-Mendoza

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Craig Moore, Drug Enforcement Administration Task Force Officer.

On June 29, 2008, at approximately 2:30 p.m. U. S. Border Patrol Agent S. Marino was performing his official duties at the U. S. Border Patrol Checkpoint located on Highway 86, north of Westmorland, California.  Agent R. Vega was also working the pre-primary inspection area with his canine.

A white in color Ford F-250, bearing Arizona license plate number AAV7486, approached the primary inspection.  As the vehicle stopped in the primary inspection lane, Agent Marino identified himself as a United States Border Patrol Agent and asked the driver, later identified as Fernando RODRIGUEZ-Mendoza (RODRIGUEZ-Mendoza), to state his citizenship. RODRIGUEZ-Mendoza stated he was a citizen of Mexico and provided Agent Marino with a valid Permanent Resident card.

While Agent Marino was talking to RODRIGUEZ-Mendoza, Agent Vega and the canine began to perform an exterior sniff of the vehicle.  The canine alerted to the rear of the pickup truck, which contained an auxiliary fuel tank and a tool box.  At Agent Vega's direction, Agent Marino sent RODRIGUEZ-Mendoza to the secondary vehicle inspection area.  Agent Vega then asked

RODRIGUEZ-Mendoza for consent to search the vehicle, which RODRIGUEZ-Mendoza granted.

Agent Vega then conducted an additional canine sniff and the canine alerted to the auxiliary fuel tank mounted in the rear of the truck. An inspection of the fuel tank by Agents Vega and Madrid revealed it had been bolted to the bed of the truck and the two bolts appeared to have been recently tampered with. Agent Madrid then searched the inside of the fuel tank utilizing a fiber optic scope and noticed the fuel tank had been modified and contained a separate compartment. Agents Madrid and Vega then turned the fuel tank onto its' side, which revealed several large cellophane wrapped bundles. Agents seized a total of nine bundles containing a green leafy substance which field tested positive for the presence of marijuana. The total weight of the packages was 85.32 kilograms (188.10 pounds) of marijuana.

USBP Agent Veronica Lozano, read RODRIGUEZ-Mendoza his Miranda rights in Spanish from a Drug Enforcement Administration 13a card. RODRIGUEZ-Mendoza acknowledged he understood his rights and agreed to waive his rights and answer questions. RODRIGUEZ-Mendoza stated the following:

RODRIGUEZ-Mendoza had traveled to San Luis, Mexico, on Tuesday, June 24, 2008, after a disagreement with his wife. RODRIGUEZ-Mendoza had stayed with a friend in Mexico until Sunday, June 29, 2008. His friend's name is Pedro, but doesn't know his last name. He crossed the San Luis, AZ Port of Entry into the United States at approximately 11:00 A.M. He went to

his residence located at 148 21st Drive, Yuma, Arizona, where he stayed for a few hours before driving up to Indio, California, to visit a friend and find employment.  His friend in Indio is named Jose. He doesn't know Jose's last name.  He was enroute to an apartment complex, but he (RODRIGUEZ-Mendoza) doesn't know the name of the apartments or what the address is. He had purchased the Ford F-250 in Yuma, Arizona, approximately two months ago. He paid $5,000.00 cash for the vehicle.  He borrowed the money from a friend in Mexico to purchase the vehicle. He doesn't know what his friends name is.  He didn't know the marijuana was concealed in the truck.